Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone:  310-640-1200
Facsimile:  310-640-0200
Email:  jrund@srlawyers.com

## UNITED STATES BANKRUPTCY COURT
### CENTRAL **DISTRICT OF** CALIFORNIA
### LOS ANGELES **DIVISION**

| | |
|---|---|
| In Re:                                              § | |
|                                                        § | |
| CA PETS, INC., A CALIFORNIA          § | Case No. 2:16-bk-16819-BR |
| CORPORA                                        § | |
|                                                        § | |
|        Debtor                           § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JASON M. RUND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 76,722.35<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  7,662.56 | Claims Discharged<br>Without Payment:  NA |
| Total Expenses of Administration:  5,932.04 | |

3) Total gross receipts of $ 13,594.60  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,594.60  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 184,963.87 | $ 3,645.00 | $ 3,645.00 | $ 3,645.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,932.04 | 5,932.04 | 5,932.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,800.00 | 2,635.12 | 2,635.12 | 2,635.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,929.42 | 81,596.24 | 81,596.24 | 1,382.44 |
| **TOTAL DISBURSEMENTS** | $ 229,693.29 | $ 93,808.40 | $ 93,808.40 | $ 13,594.60 |

4)  This case was originally filed under chapter 7 on  05/23/2016 .  The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/15/2018                    By:/s/JASON M. RUND, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNT - CHASE BANK (CHECKING) | 1129-000 | 13,594.60 |
| TOTAL GROSS RECEIPTS | | $ 13,594.60 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Newco Distributors 9060 Rochester Avenue Rancho Cucamonga, CA 91730 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Royal Business Bank | | | | | |
| | 660 S. Figueroa Street, Suite 1888 | | | | | |
| | Los Angeles, CA 90017 | | 184,963.87 | NA | NA | 0.00 |
| | ROYAL BUSINESS BANK | 4210-000 | NA | 3,645.00 | 3,645.00 | 3,645.00 |
| TOTAL SECURED CLAIMS | | | $ 184,963.87 | $ 3,645.00 | $ 3,645.00 | $ 3,645.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JASON M. RUND | 2100-000 | NA | 2,109.46 | 2,109.46 | 2,109.46 |
| TRUSTEE EXPENSES:JASON M. RUND | 2200-000 | NA | 120.88 | 120.88 | 120.88 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 5.17 | 5.17 | 5.17 |
| UNION BANK | 2600-000 | NA | 198.05 | 198.05 | 198.05 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 829.28 | 829.28 | 829.28 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 2,349.00 | 2,349.00 | 2,349.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 320.20 | 320.20 | 320.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 5,932.04 | $ 5,932.04 | $ 5,932.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Board of Equalizataion 16715 Von Karman Ave, Ste 200 Irvine, CA 92606 | | 0.00 | NA | NA | 0.00 |
| 000007 | COUNTY OF ORANGE | 5800-000 | 2,000.00 | 1,465.71 | 1,465.71 | 1,465.71 |
| 000001 | FRANCHISE TAX BOARD | 5800-000 | 800.00 | 800.00 | 800.00 | 800.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 369.41 | 369.41 | 369.41 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,800.00 | $ 2,635.12 | $ 2,635.12 | $ 2,635.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |
| | American Express PO Box 0001 Los Angeles, CA 90096-0001 | | 0.00 | NA | NA | 0.00 |
| | American Express Costco Card P.O. Box 0001 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Costco Card P.O. Box 0001 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |
| | Anaheim Public Utilities City of Anaheim 201 S Anaheim Blvd Anaheim, CA 92805 | | 0.00 | NA | NA | 0.00 |
| | Anaheim Public Utilities City of Anaheim 201 S Anaheim Blvd Anaheim, CA 92805 | | 0.00 | NA | NA | 0.00 |
| | Animal Supply Co. 32001 32nd Avenue South, #420 Auburn, WA 98001 | | 0.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | 0.00 | NA | NA | 0.00 |
| | Bank of America - UCLA Visa P.O. Box 15019 Wilmington, DE 19886 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One<br>PO Box 60559<br>City of Industry, CA 91716-0599 | | 0.00 | NA | NA | 0.00 |
| | Capitol One<br>PO Box 60599<br>City of Industry, CA 91716 | | 0.00 | NA | NA | 0.00 |
| | Central Pet<br>13227 Orden Drive<br>Santa Fe Springs, CA 90670 | | 0.00 | NA | NA | 0.00 |
| | Chase Mastercard<br>PO Box 94014<br>Palatine, IL 60094-4014 | | 21,902.50 | NA | NA | 0.00 |
| | Chase Mastercard<br>PO Box 94014 Palatine, IL 60094-4014 | | 0.00 | NA | NA | 0.00 |
| | Citi Mastercard<br>P.O. Box 78045<br>Phoenix, AZ 85062 | | 0.00 | NA | NA | 0.00 |
| | Discover<br>PO Box 29033<br>Phoenix, AZ 85038-9033 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jessica Landesman c/o Jonathan M. Ritter, Esq. Ritter Law, Inc. 315 W. 9th Street, Suite 701 Los Angeles, CA 90015 | | 0.00 | NA | NA | 0.00 |
| | Kohl's PO Box 3115 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Newco Distributors 9060 Rochester Avenue Rancho Cucamonga, CA 91730 | | 0.00 | NA | NA | 0.00 |
| | PFX Pet Supply 16661 Knott Avenue La Mirada, CA 90638 | | 0.00 | NA | NA | 0.00 |
| | Sam's Club Credit Card PO Box 530942 Atlanta, GA 30353-0942 | | 0.00 | NA | NA | 0.00 |
| | SoCal Gas - 8499 5 1595 N "D" St PO Box C Monterey Park, CA 91756 | | 0.00 | NA | NA | 0.00 |
| | TJX Rewards P.O. Box 530949 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Hartford P.O. Box 7247 Philadelphia, PA 19170 | | 2,416.19 | NA | NA | 0.00 |
| | United Pacific Pet 12060 Cabernet Drive Fontana, CA 92337 | | 0.00 | NA | NA | 0.00 |
| | Veterinary Service, Inc. 935 Palmyrita Avenue Riverside, CA 92507 | | 0.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS BANK FSB | 7100-000 | 6,747.50 | 6,370.60 | 6,370.60 | 107.96 |
| 000004 | NPM FRANCHISING, LLC | 7100-000 | 10,863.23 | 11,580.56 | 11,580.56 | 196.26 |
| 000005 | ROYAL BUSINESS BANK | 7100-000 | NA | 63,623.16 | 63,623.16 | 1,078.22 |
| 000001A | FRANCHISE TAX BOARD | 7300-000 | NA | 21.92 | 21.92 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,929.42 | $ 81,596.24 | $ 81,596.24 | $ 1,382.44 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:16-16819   BR   Judge: BARRY RUSSELL | |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | |
| For Period Ending: | 03/31/19 | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/23/16 (f) |
| 341(a) Meeting Date: | 06/30/16 |
| Claims Bar Date: | 12/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH ON HAND<br>   DEBTOR IS NOT HOLDING ANY CASH. | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNT - CHASE BANK (CHECKING)<br>   DEBTOR LISTED ON ITS SCHEDULE A/B: ASSETS - REAL AND<br>   PERSONAL PROPERTY A CHASE BANK BUSINESS CHECKING<br>   ACCOUNT ENDING IN ACCOUNT NUMBER 1507 CONTAINING<br>   $13,645.00 ("ACCOUNT FUNDS").  ON OR ABOUT JULY 7, 2014,<br>   ROYAL BUSINESS BANK ("ROYAL") LOANED $205,000 TO<br>   DEBTOR AS EVIDENCED BY THE U.S. SMALL BUSINESS<br>   ADMINISTRATION NOTE LOAN NUMBER ENDING IN 50-10<br>   ("NOTE").  TO SECURE THE OBLIGATIONS UNDER THE NOTE,<br>   DEBTOR GRANTED TO ROYAL A SECURITY INTEREST IN,<br>   AMONG OTHER PROPERTY, DEBTOR'S INVENTORY AND THE<br>   PROCEEDS THEREOF.  ROYAL PERFECTED ITS SECURITY<br>   INTEREST AS EVIDENCED BY THE UNIFORM COMMERCIAL<br>   CODE ("UCC") FINANCING STATEMENT FILED ON SEPTEMBER<br>   3, 2014 WITH THE CALIFORNIA SECRETARY OF STATE AS<br>   DOCUMENT NUMBER 44669730002 ("UCC FILING").<br><br>   ROYAL CONTENDS THAT THE IDENTIFIABLE SOURCE OF THE<br>   ACCOUNT FUNDS IS THE SALE OF THE INVENTORY OF<br>   DEBTOR.  THEREFORE, ROYAL TAKES THE POSITION THAT IT<br>   ROYAL HOLDS A DULY PERFECTED SECURITY INTEREST IN<br>   THE ACCOUNT FUNDS BY VIRTUE OF ITS UCC FILING<br>   PURSUANT TO UCC §§9-315, 9-301, 9-203(F), 9-310(B)(9) AND<br>   9-205, AMONG OTHER POSSIBLE SECTIONS.  IT IS THE<br>   TRUSTEE'S POSITION THAT ROYAL DOES NOT HOLD A DULY | 13,645.00 | 9,949.60 | | 13,594.60 | FA |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:16-16819   BR   Judge: BARRY RUSSELL | |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/23/16 (f) |
| 341(a) Meeting Date: | 06/30/16 |
| Claims Bar Date: | 12/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| PERFECTED SECURITY INTEREST IN THE ACCOUNT FUNDS PURSUANT TO UCC §§9-104, 9-304 AMONG OTHER POSSIBLE SECTIONS.<br><br>ROYAL AND THE TRUSTEE WANT TO AVOID THE COSTS AND EXPENSES OF LITIGATING ROYAL'S PERFECTION OF ITS SECURITY INTEREST IN, AND ENTITLEMENT TO, THE ACCOUNT FUNDS.  THEREFORE, A SETTLEMENT WAS REACHED WHERBY ROYAL AND THE TRUSTEE SHALL DIVIDE THE ACCOUNT FUNDS WITH THE TRUSTEE RECEIVING THE SUM OF $10,000.00 AND ROYAL RECEIVING THE BALANCE OF THE ACCOUNT FUNDS IN A SUM NO LESS THAN $3,645.00. ROYAL WILL NOT ASSERT ANY SECURED INTEREST IN THE PORTION OF THE ACCOUNT FUNDS RETAINED BY THE TRUSTEE.<br><br>ORDER APPROVING COMPROMISE ENTERED SEPTEMBER 27, 2016. | | | | | |
| 3. SECURITY DEPOSIT<br>   DEBTOR WAS IN DEFAULT UNDER TERMS OF LEASE PRE-PETITION.  LANDLORD ASSERTS A SECURED INTEREST IN THE DEPOSIT BY POSSESSION. | 5,295.00 | 0.00 | | 0.00 | FA |
| 4. INVENTORY<br>   THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S | 5,427.35 | 0.00 | OA | 0.00 | FA |

Ver: 20.00i

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

Case No:      2:16-16819    BR    Judge: BARRY RUSSELL

Case Name:    CA PETS, INC., A CALIFORNIA CORPORA

Trustee Name:      JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):    05/23/16 (f)

341(a) Meeting Date:      06/30/16

Claims Bar Date:      12/16/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250.  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.<br><br>NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016. THERE WAS NO RESPONSE OR OBJECTION. | | | | | |
| 5. OFFICE FURNITURE<br><br>THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE | 50.00 | 0.00 | OA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    4

Exhibit 8

| Case No: | 2:16-16819    BR    Judge: BARRY RUSSELL |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/23/16 (f) |
| 341(a) Meeting Date: | 06/30/16 |
| Claims Bar Date: | 12/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.  NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016. THERE WAS NO RESPONSE OR OBJECTION. | | | | | |
| 6. OFFICE FIXTURES       THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250.  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.  NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016. THERE WAS NO RESPONSE OR OBJECTION. | 5,000.00 | 0.00 | OA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 2:16-16819    BR   Judge: BARRY RUSSELL | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | Date Filed (f) or Converted (c): | 05/23/16 (f) |
| | | 341(a) Meeting Date: | 06/30/16 |
| | | Claims Bar Date: | 12/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 7. COMPUTER<br><br>THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250.  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.<br><br>NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016. THERE WAS NO RESPONSE OR OBJECTION. | 500.00 | 0.00 | OA | 0.00 | FA |
| 8. PRINTER<br><br>THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF | 100.00 | 0.00 | OA | 0.00 | FA |

FORM 1

Page: 6

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Case No:     2:16-16819    BR   Judge: BARRY RUSSELL

Case Name:    CA PETS, INC., A CALIFORNIA CORPORA

Trustee Name:    JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):    05/23/16 (f)

341(a) Meeting Date:    06/30/16

Claims Bar Date:    12/16/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250.  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.<br><br>NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016.  THERE WAS NO RESPONSE OR OBJECTION. | | | | | |
| 9. SECURITY SYSTEM<br><br>THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250.  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND | 250.00 | 0.00 | OA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    7

Exhibit 8

| Case No: | 2:16-16819   BR   Judge: BARRY RUSSELL |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/23/16 (f) |
| 341(a) Meeting Date: | 06/30/16 |
| Claims Bar Date: | 12/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.<br><br>NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016. THERE WAS NO RESPONSE OR OBJECTION. | | | | | |
| 10. OFFICE EQUIPMENT<br><br>THE TRUSTEE INSPECTED THE PERSONAL PROPERTY ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JUNE 27, 2016.  VAN HORN'S VALUATION OF THE PERSONAL PROPERTY AT THE PREMISES IS $6,000 TO $8,000. VAN HORN ESTIMATES THE COSTS OF SALE IF PERSONAL PROPERTY WAS SOLD AT THE PREMISES IS APPROXIMATELY $3,250.  THE PERSONAL PROPERTY IS SUBJECT TO A SECURITY INTEREST GRANTED TO ROYAL BUSINESS BANK FOR A LOAN WITH AN APPROXIMATE UNPAID BALANCE OF $184,963.87 AS SET FORTH IN THE DEBTOR'S BANKRUPTCY SCHEDULES.  TRUSTEE DETERMINED THERE IS NO REALIZABLE EQUITY  AND THEREFORE IT IS OF INCONSEQUENTIAL VALUE AND BURDENSOME TO THE BANKRUPTY ESTATE AFTER CONSIDERING THE ROYAL BUSINESS BANK'S SECURITY INTEREST AND COSTS ASSOCIATED WITH LIQUIDATION.<br><br>NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016. THERE WAS NO RESPONSE OR OBJECTION. | 25,000.00 | 0.00 | OA | 0.00 | FA |
| | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    8

Exhibit 8

| Case No: | 2:16-16819    BR   Judge: BARRY RUSSELL |
|---|---|
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 05/23/16 (f) |
| 341(a) Meeting Date: | 06/30/16 |
| Claims Bar Date: | 12/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. FREEZERS (4)<br>    TRUSTEE HAS BEEN INFORMED THAT THE FREEZERS ARE<br>LEASED.<br><br>NOTICE OF ABANDONMENT FILED ON AUGUST 29, 2016.<br>THERE WAS NO RESPONSE OR OBJECTION. | Unknown | 0.00 | OA | 0.00 | FA |
| 12. NPM FRANCHISE<br>    FRANCHISE AGREEMENT TERMINATED PRE-PETITION. | 35,000.00 | 0.00 | | 0.00 | FA |
| 13. CUSTOMER LIST<br>    NO VALUE.  BUSINESS ONLY OPERATED A SHORT PERIOD OF<br>TIME. | 100.00 | 0.00 | | 0.00 | FA |
| 14. RETIREMENT PLANS<br>    RETIREMENT PLAN IS NOT PROPERTY OF THE BANKRUPTCY<br>ESTATE AND WAS NEVER FUNDED. | 0.00 | 0.00 | | 0.00 | FA |
| 15. STOCKS - CANDACE FULLER SHARES<br>    SHARES OF STOCK IN DEBTOR CORPORATION OWNED BY<br>THIRD PARTY ARE NOT PROPERTY OF THE BANKRUPTCY<br>ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 16. STOCKS - AMY FULLER SHARES<br>    SHARES OF STOCK IN DEBTOR CORPORATION OWNED BY<br>THIRD PARTY ARE NOT PROPERTY OF THE BANKRUPTCY<br>ESTATE. | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    9

Exhibit 8

Case No:    2:16-16819    BR    Judge: BARRY RUSSELL

Case Name:    CA PETS, INC., A CALIFORNIA CORPORA

Trustee Name:    JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):    05/23/16 (f)

341(a) Meeting Date:    06/30/16

Claims Bar Date:    12/16/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. RETIREMENT STOCK<br>    ASSET HAS NO VALUE.  DEBTOR DID NOT OWN ANY STOCK. | 0.00 | 0.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $90,367.35 | $9,949.60 | | $13,594.60 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLOSING SUMMARY:

Assets Administered:

Upon reviewing the Petition, Schedules, the Statement of Financial Affairs, examining the debtor at the section 341(a) meeting, and conducting further investigation/inquiry into the debtor's financial affairs, including reviewing business records, the Trustee determined that the following asset should be administered for the benefit of creditors:

Debtor listed on its Schedule A/B: Assets - Real and Personal Property a Chase Bank Business Checking Account ending in account number 1507 containing $13,645.00 ("Account Funds").

On or about July 7, 2014, Royal Business Bank ("Royal") loaned $205,000 to Debtor as evidenced by the U.S. Small Business Administration Note loan number ending in 50-10 ("Note").  To secure the obligations under the Note, Debtor granted to Royal a security interest in, among other property, Debtor's inventory and the proceeds thereof.  Royal perfected its security interest as evidenced by the Uniform Commercial Code ("UCC") Financing Statement filed on

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:16-16819    BR    Judge: BARRY RUSSELL | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | Date Filed (f) or Converted (c): | 05/23/16 (f) |
| | | 341(a) Meeting Date: | 06/30/16 |
| | | Claims Bar Date: | 12/16/16 |

September 3, 2014 with the California Secretary of State as Document Number 44669730002 ("UCC Filing").

Royal contended that the identifiable source of the Account Funds is the sale of the inventory of Debtor.  Therefore,
Royal took the position that it Royal holds a duly perfected security interest in the Account Funds by virtue of its UCC
Filing pursuant to UCC §§9-315, 9-301, 9-203(f), 9-310(b)(9) and 9-205, among other possible sections.

It was the Trustee's position that Royal did not hold a duly perfected security interest in the Account Funds pursuant
to UCC §§9-104, 9-304 among other possible sections.

The Trustee determined in his business judgment that it was in the best interests of the estate to compromise the
dispute regarding the Account Funds with Royal instead of litigating Royal's perfection of its security interest in, and
entitlement to, the Account Funds.

Royal and the Trustee agreed to divide the Account Funds with the Trustee receiving the sum of $10,000.00 and Royal
receiving the balance of the Account Funds in a sum no less than $3,645.00 (the "Settlement").  Order approving
compromise entered September 27, 2016.  The total amount received was $13,594.60 and the Trustee paid $3,645 to Royal
pursuant to the approved settlement.

Claim Issues:

The Trustee reviewed all claims filed against the estate and was able to resolve any issues without the need to file
formal objections.

Tax Issues:

Corporate tax returns for fiscal years ending December 31, 2015 through December 31, 2016 have been filed.  The
Franchise Tax Board's administrative expense of $829.28 will be paid at closing.  Tax clearance was received on August
9, 2017.

Professionals:

The trustee determined that it was not necessary to retain counsel and instead performed all of the legal work himself.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 2:16-16819    BR    Judge: BARRY RUSSELL | Trustee Name:    JASON M. RUND, TRUSTEE |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | Date Filed (f) or Converted (c):    05/23/16 (f) |
| | | 341(a) Meeting Date:    06/30/16 |
| | | Claims Bar Date:    12/16/16 |

This minimized administrative expenses and increased the distribution to the creditors.

The Trustee retained Donald T. Fife, CPA of Hahn Fife & Company, LLP as the estate's accountant to prepare the necessary corporate tax returns for fiscal years ending December 31, 2015 through December 31, 2016.  The Order Authorizing Employment was entered January 17, 2017.

Distribution to Creditors:

The trustee's administration of this estate is resulting in a 1.7 % dividend to the general unsecured creditors with timely filed claims after full payment of the priority clams.

Trustee's Fee:

The Trustee submits that he effectively and efficiently administered this bankruptcy estate and therefore respectfully requests that pursuant to 11 U.S.C. §§ 326(a) and 330(a)(7) that a statutory fee/commission be allowed in the amount of $2,109.46. The requested fee is calculated on compensable receipts/disbursements of $13,594.60 as follows:

25% of the first $5,000 =    $1,250.00
10% of the next $45,000 = $859.46
Total Fee:  $2,109.46

Bank Service Fees:

Pursuant to General Order 11-02, the Trustee has incurred and paid bank fees and charges directly related to the administration of the estate in the amount of $198.05.  The Trustee seeks approval of this amount pursuant to 11 U.S.C. § 330.

Expenses:

The Trustee is requesting the nominal sum of $120.88 for postage and photocopies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   12

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:16-16819   BR   Judge: BARRY RUSSELL | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | Date Filed (f) or Converted (c): | 05/23/16 (f) |
| | | 341(a) Meeting Date: | 06/30/16 |
| | | Claims Bar Date: | 12/16/16 |

PROCEDURAL SUMMARY THROUGH MARCH 31, 2017:

All assets have been fully administered.  The Trustee is in the process of preparing corporate tax returns and retained
Hahn Fife & Company, LLP as accountant.  Order approving employment entered January 17, 2017.  The Truste does not
anticipate that claims issues or tax issues will delay closing.

November 02, 2017, 01:39 pm   Receive and review accountant's fee application; draft related correspondence.

October 23, 2017, 02:25 pm Filed Notice to Professionals

October 10, 2017, 02:57 pm Receive and review bank statement and reconcile account.

September 12, 2017, 11:21 am Receive and review bank statement and reconcile account.

August 22, 2017, 10:02 am Receive Tax Clearane on August 9, 2017

August 09, 2017, 03:20 pm Receive and review bank statement and reconcile account.

July 11, 2017, 04:38 pm Receive and review bank statement and reconcile account.

July 03, 2017, 10:02 am   Receive and review estate tax retruns.

June 07, 2017, 02:44 pm Receive and review bank statement and reconcile account.

May 09, 2017, 04:13 pm Receive and review bank statement and reconcile account.

April 12, 2017, 02:10 pm Receive and review bank statement and reconcile account.

March 13, 2017, 02:16 pm Receive and review bank statement and reconcile account.

February 14, 2017, 12:59 pm Receive and review bank statement and reconcile account.

January 18, 2017, 09:07 am Receive and reiview Order Granting Application to Employ Hahn Fife & Company, LLP as
Accountant entered January 17, 2017

January 11, 2017, 02:55 pm Receive and review bank statement and reconcile account.

December 07, 2016, 03:03 pm Receive and review bank statement and reconcile account.

November 14, 2016, 10:59 am   Receive and review Application to Employ accountant; draft related correspondence.

November 09, 2016, 02:40 p.m.Receive and review bank statement and reconcile account.

October 27, 2016, 09:26 pm   Draft correspondence to D. Fife re: preparation of corporate tax returns.

October 27, 2016, 10:46 am   Telephone conference with F. Garrett with IRS [213-372-4307].  Previousely indicated that
amended claim will be filed removing 2014 and 2015 liabilities.  Now will also amend to to have $100 estimates for 2016
FUTA and corporate tax; review and respond to correspondence from C. Roberts.

October 19, 2016, 11:36 am   Draft correspondence to C. Roberts re: IRS Proof of Claim.

October 10, 2016, 2:25 pm Receive and review bank statement and reconcile account.

September 28, 2016, 09:10 am Receive and review Order Granting Trustee's Motion to Compromise with Royal Business Bank

Ver: 20.00i

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    13

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:16-16819   BR   Judge: BARRY RUSSELL | |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/23/16 (f) |
| 341(a) Meeting Date: | 06/30/16 |
| Claims Bar Date: | 12/16/16 |

entered September 27, 2016

September 02, 2016, 02:15 pm   Draft Motion to Approve Compromise; draft correspondence to T. Polis re: turnover of funds.

August 29, 2016, 03:53 pm   Draft Notice of Abandonment re: personal property.

August 18, 2016, 12:50 pm Continued: Review

August 15, 2016, 04:15 pm   Telephone conference with D. Schutcher re: compromise whereby bankruptcy estate will retain $10,000; abandonment of personal property and confiming debtor not asserting an interest so landlord can dispose.

July 26, 2016, 01:30 pm Continued: Review

July 07, 2016, 09:52 am   Continued: Three recent bank statements and current statement with balance

June 28, 2016, 10:34 am   Receive and review correspondence from S. VanHorn re: value of personal property; draft related correspondence to D. Schuter.

June 27, 2016, 11:46 am   On site inspection with S. Van Horn; will prepare formal valuation but does not appear sufficient assets exist to conduct sale; per landlord's representative, Dorita Pakpour, and bank representative who attended inspection, debtor conducted a going out of business sale which reduced inventory.  Verify freezers on left are leased.

June 09, 2016, 11:56 am   Telephone conference with Rich Foster, counsel for landlord [rfoster@foster-advisors.com] re inpsection of assets; draft related correspondence.

June 08, 2016, 10:29 am   Telephone message for landloird, Jack Jakosky (949) 673-0500 ext 406, debtor's representative; per mail from debtor's counsel debtor vacated premises in March.

June 01, 2016, 07:05 am   Research UCC records; draft correspondence to debtor's counsel.

Initial Projected Date of Final Report (TFR): 04/30/18          Current Projected Date of Final Report (TFR): 04/30/18

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:16-16819  -BR | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1799  Checking Account |
| Taxpayer ID No: | *******5019 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/16 | 2 | CA Pets, Inc. Earthwise Pet Supply 5773 East Santa Ana Canyon Road, Suite J Anaheim, CA 92807 | Turnover of bank account | 1129-000 | 13,594.60 | | 13,594.60 |
| 10/13/16 | 040001 | Royal Business Bank Attention:  Keith Thomas Senior Vice President 3919 Spring Mountain Road Las Vegas, NV  89102 | Settlement re interest in bank account funds.  Order Granting Trustee's Motion to Compromise Controversy with Royal Business Bank entered September 27, 2016 | 4210-000 | | 3,645.00 | 9,949.60 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,934.60 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.05 | 9,916.55 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,901.55 |
| 01/25/17 | 040002 | International Sureties, LTD 701 Poydras Street., Suite 420 New Orleans, LA 70139 | Bond Payment- Bond Number 016030867 Issued pursuant to Local Bankruptcy Rule 2016-2(c) | 2300-000 | | 5.17 | 9,896.38 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,881.38 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,866.38 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,851.38 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,836.38 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,821.38 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,806.38 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,791.38 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,776.38 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,761.38 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,746.38 |
| 02/26/18 | 040003 | JASON M. RUND 840 APOLLO STREET, SUITE 351 EL SEGUNDO, CA  90245 | Chapter 7 Compensation/Fees | 2100-000 | | 2,109.46 | 7,636.92 |

Page Subtotals          13,594.60          5,957.68

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

**FORM 2**

Page:   2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 2:16-16819  -BR | |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1799  Checking Account |

Taxpayer ID No:   *******5019
For Period Ending:   03/31/19

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/18 | 040004 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA  90245 | Chapter 7 Expenses | 2200-000 | | 120.88 | 7,516.04 |
| 02/26/18 | 040005 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Fees | 3410-000 | | 2,349.00 | 5,167.04 |
| 02/26/18 | 040006 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Expenses | 3420-000 | | 320.20 | 4,846.84 |
| 02/26/18 | 040007 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim 000006A, Payment 100.00000%<br>(6-1) 3683 | 2820-000 | | 829.28 | 4,017.56 |
| 02/26/18 | 040008 | FRANCHISE TAX BOARD<br>ATTN: BANKRUPTCY<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim 000001, Payment 100.00000%<br>(1-1) 3683 | 5800-000 | | 800.00 | 3,217.56 |
| 02/26/18 | 040009 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, CA 19101-7317 | Claim 000002, Payment 100.00000% | 5800-000 | | 369.41 | 2,848.15 |
| 02/26/18 | 040010 | COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim 000007, Payment 100.00000%<br>(7-1) PRE-PETITION FOR 2016 TAX<br>YEAR<br>(7-1) BK#1700082 | 5800-000 | | 1,465.71 | 1,382.44 |
| 02/26/18 | 040011 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Claim 000003, Payment 1.69466% | 7100-000 | | 107.96 | 1,274.48 |

| | | | | Page Subtotals | 0.00 | 6,362.44 | |

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

**FORM 2**

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| Case No: | 2:16-16819 -BR | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | CA PETS, INC., A CALIFORNIA CORPORA | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******1799  Checking Account |
| Taxpayer ID No: | *******5019 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/18 | 040012 | NPM FRANCHISING, LLC<br>P.O. BOX 1008<br>CANBY, OR 97013 | Claim 000004, Payment 1.69474%<br>(4-1) UNCOLLECTED FRANCHISE FEES | 7100-000 | | 196.26 | 1,078.22 |
| 02/26/18 | 040013 | ROYAL BUSINESS BANK<br>ATTN: KEITH THOMAS<br>3919 SPRING MOUNTAIN ROAD<br>LAS VEGAS, NV 89102 | Claim 000005, Payment 1.69470%<br>(5-1) MONEY LOANED(5-2) AMENDED<br>PROOF OF CLAIM<br>(5-1) UNSECURED AMOUNT $76,225.04<br>INCLUDES ADD'L INTEREST AND FEES(5-2)<br>BALANCE OWING AFTER LIQUIDATION OF<br>GUARANTOR COLLATERAL | 7100-000 | | 1,078.22 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,594.60 | 13,594.60 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 13,594.60 | 13,594.60 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,594.60 | 13,594.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1799 | 13,594.60 | 13,594.60 | 0.00 |
| | -------------------- | -------------------- | -------------------- |
| | 13,594.60 | 13,594.60 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                1,274.48

Ver: 20.00i